UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEWHALA ESHET ABEBE, | No. C 09-3644 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JERRY BROWN, Attorney General Of The State Of California, | |
| Respondent. | |

This action is dismissed because it was not filed before the expiration of the limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 4, 2010

Marilyn Hall Patel
United States District Judge